```
06:21 AM                                                                                  1
01/19/2015            P.O BOX 17490, St Louis, MO 63178-7490          SHIP FROM: 300

            NAME: BURKE, CALVIN
            NUMBER: 00000103                                    CPR : 101031163
FACILITY NUMBER: 14936(26197J-001)                    BEG FUND BAL: 46.79
BLOCK: HU 4    TIER: MSI     CELL:                    ORDER DATE: 01/19/2015
   FACILITY NAME: CITY OF ST LOUIS DIVISION D         ORDER : 3988983

        3988983101031163                                1324016

BAY     SEQ #ALIAS QTY UOM DESCRIPTION               ITEM#  T   PRICE    TOTAL
KA1
        0205      1  EA 4OZ BABY OIL                 24755      1.11     1.11
        0221      1  EA PETROLEUM JELLY 3.75OZ.      20319      1.63     1.63
        0424      1  EA MOISTURIZING SOAP 5 OZ       22097      1.12     1.12
        1010     15  EA #10 WHITE ENVELOPE           20240      0.06     0.90
        1015      4  EA MANILLA ENVELOPE             20243      0.22     0.88
        1060      1  PAD 8.5 X 11 LETTER PAD WHT     20235      1.20     1.20
        1089      1  EA PEN CLEAR (BLACK INK)        20225      0.43     0.43
       #1050      1  CS BOOK OF TEN STAMPS             928      4.90     4.90
```

EX A

33.98   46.79
         3.22
        50.01

```
+----------------------------------------------------+    SUBTOTAL      12.17
!I=Invalid(NotOnMenu) B=Backordered  C=Cancelled  !   SALES TAX       0.64
!N=NotAvailable/Sub   S=Substituted  V=NonInventory ! ORDER TOTAL    12.81
+----------------------------------------------------+
                                                         END FUND BAL  33.98
LIST ITEM# OF SHORTAGES AND/OR DAMAGES         QTY    CATEGORY/DESCRIPTION 12.17
                                                                          12.81
                                                                           6.50
                                                                          15.31
                                                                       1/20/15
SIGNED  Calvin Burke                                  DATE  1/20/15

WITNESSED BY_____           DATE_____
```

```
06:59 AM                    KEEFE COMMISSARY NETWORK SALES        PAGE:  1 OF    1
01/26/2015          P.O BOX 17490, St Louis, MO 63178-7490        SHIP FROM: 300

         NAME: BURKE, CALVIN
         NUMBER: 00000103                                    CPR : 101032340
FACILITY NUMBER: 14936(26197J-001)                    BEG FUND BAL:  33.98
BLOCK: 1 A    TIER: M5I    CELL:                     ORDER DATE: 01/26/2015
   FACILITY NAME: CITY OF ST LOUIS DIVISION D            ORDER : 4012850

        4012850101032340                               1336068


BAY     SEQ #ALIAS QTY UOM DESCRIPTION            ITEM# T      PRICE      TOTAL

KA1
        0221      1  EA  PETROLEUM JELLY 3.75OZ.   20319        1.63       1.63
        0424      1  EA  MOISTURIZING SOAP 5 OZ    22097        1.12       1.12
        0520      1  EA  COLGATE TOOTHPASTE        24893        2.16       2.16
        1010     10  EA  #10 WHITE ENVELOPE        20240        0.06       0.60
        1060      1  PAD 8.5 X 11 LETTER PAD WHT   20235        1.20       1.20
        2015      2  EA  100% COLOMBIAN FREEZE D    7022        4.49       8.98
        3030      1  EA  ZC VNILLA CRM COOKIES &   10057        0.94       0.94
        3139      8  EA  (SLEEVE) SALTINE CRACKE    9474        0.64       5.12
        6412      6  EA  GRAPE JELLY 1 OZ.          4787        0.25       1.50
        6417      1  EA  CREAMY PEANUT BUTTER 18      80        3.98       3.98
       *1001      2  EA  LARGE STAMPED ENVELOPE      983        0.60       1.20

REJECTED ITEMS
        ALIAS    QTY    DESCRIPTION               REASON
        6417      1     CREAMY PEANUT BUTTER 18 O Insufficient Funds
```

EX B

```
+--------------------------------------------------------+     SUBTOTAL     28.43
!I=Invalid(NotOnMenu) B=Backordered C=Cancelled      !   SALES TAX       1.68
!N=NotAvailable/Sub   S=Substituted V=NonInventory   !   ORDER TOTAL     30.11
+--------------------------------------------------------+
                                                              END FUND BAL   3.87
LIST ITEM# OF SHORTAGES AND/OR DAMAGES        QTY       CATEGORY/DESCRIPTION


SIGNED_____Calvin Burke_____        DATE_____


WITNESSED BY_____       DATE_____
```

```
06:37 AM                                                                          
02/02/2015              P.O BOX 17490, St Louis, MO 63178-7490        SHIP FROM:

            NAME: BURKE, CALVIN
            NUMBER: 00000103                                     DPR : 101033269
FACILITY NUMBER: 14936(26197J-001)                          BEG FUND BAL: 3.87
BLOCK: 1 A     TIER: MSI     CELL:                          ORDER DATE: 02/02/2015
   FACILITY NAME: CITY OF ST LOUIS DIVISION 0                ORDER : 4040268

       4040268101033269                            1350103
```



| BAY | SEQ | #ALIAS | QTY | UOM | DESCRIPTION | ITEM# | T | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| KA1 | | | | | | | | | |
| | 3035 | | 2 | EA | ZC CHOC CHIP COOKIES 6O | 6072 | | 1.12 | 2.24 |
| | 3040 | | 1 | EA | ZC ICED OATML COOKIES 6 | 6071 | | 1.12 | 1.12 |
| | 6412 | | 1 | EA | GRAPE JELLY 1 OZ. | 4787 | | 0.25 | 0.25 |

REJECTED ITEMS

| ALIAS | QTY | DESCRIPTION | REASON |
|---|---|---|---|
| 3040 | 1 | ZC ICED OATML COOKIES 6OZ | Insufficient Funds |
| 3045 | 2 | ZC DUPLEX CREMES 6OZ | Insufficient Funds |
| 6412 | 7 | GRAPE JELLY 1 OZ. | Insufficient Funds |
| 6417 | 2 | CREAMY PEANUT BUTTER 18 O | Insufficient Funds |

ExC

```
+----------------------------------------------+    SUBTOTAL       3.61
! I=Invalid(NotOnMenu) B=Backordered C=Cancelled !    SALES TAX      0.19
! N=NotAvailable/Sub   S=Substituted V=NonInventory !  ORDER TOTAL     3.80
+----------------------------------------------+
                                                     END FUND BAL    0.07
LIST ITEM# OF SHORTAGES AND/OR DAMAGES    QTY   CATEGORY/DESCRIPTION
```

SIGNED _____  DATE _____

WITNESSED BY _____  DATE _____

```
08:12 AM                    KEEFE COMMISSARY NETWORK SALES           PAGE:  1 OF  1
02/16/2015            P.O BOX 17490, St Louis, MO 63178-7490         SHIP FROM: 300

            NAME: BURKE, CALVIN
            NUMBER: 00000103                                    CPR : 101035188
FACILITY NUMBER: 14936(26197J-001)                        BEG FUND BAL: 50.07
BLOCK: 1 A    TIER: MSI    CELL:                          ORDER DATE: 02/15/2015
   FACILITY NAME: CITY OF ST LOUIS DIVISION O             ORDER : 4097648

   4097648101035188                              1378167

BAY    SEQ #ALIAS QTY UOM DESCRIPTION              ITEM#    T    PRICE    TOTAL
KA1
       0221    1   EA  PETROLEUM JELLY 3.75OZ.      20319         1.63     1.63
       0424    1   EA  MOISTURIZING SOAP 5 OZ       22097         1.12     1.12
       1015    2   EA  MANILLA ENVELOPE             20243         0.22     0.44
       2015    2   EA  100% COLOMBIAN FREEZE D       7022         4.49     8.98
       3035    2   EA  ZC CHOC CHIP COOKIES 60       6072         1.12     2.24
       3040    1   EA  ZC ICED OATML COOKIES 6       6071         1.12     1.12
       3139    8   EA  (SLEEVE) SALTINE CRACKE       9474         0.64     5.12
       5328    4   EA  LRG STAMPED ENV KIT       80000107         0.56     2.24
       6171    1   EA  HOT CORN CHIPS                7989         2.32     2.32
       6417    2   EA  CREAMY PEANUT BUTTER 18         80         3.98     7.96
```

EX. D

```
+-------------------------------------------------------+  SUBTOTAL       33.17
! I=Invalid(NotOnMenu)  B=Backordered  C=Cancelled    !  SALES TAX        1.78
! N=NotAvailable/Sub    S=Substituted V=NonInventory  !  ORDER TOTAL     34.95
+-------------------------------------------------------+
                                                         END FUND BAL    15.12
LIST ITEM# OF SHORTAGES AND/OR DAMAGES        QTY       CATEGORY/DESCRIPTION
```

SIGNED: Calvin Burke                                    DATE 2/17/2015

WITNESSED BY _____                     DATE _____

EX E

**Keefe Commissary Network**

AN AFFILIATE OF
KEEFE SUPPLY COMPANY

**MARKING INSTRUCTIONS**

- Use a number 2 pencil only.
- Make dark marks that fill the oval completely.
- Make no stray marks.

**ST. LOUIS CITY JAIL GENERAL POPULATION**
(PRICES INCLUDE TAX)

NAME: _____

LOCATION: _____

DATE: _____

**RES NUMBER**

| Code | Item | Price |
|---|---|---|
| 0001 | BALSAM SHAMPOO 4 OZ | $0.91 |
| 0002 | BALSAM CONDITIONER 4 OZ | $0.91 |
| 0020 | DANDRUFF SHAMPOO 4 OZ | $1.21 |
| 0031 | SULFUR-8 CONDITIONER 2 OZ | $4.03 |
| 0036 | DARK & LOVELY RELAXER | $10.25 |
| 0040 | SOFTEE HAIR FOOD W/ VITAMIN E 5 OZ | $2.97 |
| 0050 | SOFTEE HAIRDRESS 5 OZ | $2.58 |
| 0056 | MURRAYS POMADE 4 OZ | $2.83 |
| 0068 | LUSTER PINK OIL MOIST 8 OZ | $6.15 |
| 0070 | PROGLO COCOA BUTTER CREAM 4 OZ | $3.02 |
| 0100 | ROLL-ON DEODORANT 2.5 OZ | $1.98 |
| 0105 | P-UP EXTREME DEODORANT 2.5 OZ | $2.69 |
| 0106 | P-UP LADY'S A-P DEODORANT 2 OZ | $2.70 |
| 0147 | P-UP COOL ZONE A-P DEODORANT 2.5 OZ | $3.19 |
| 0205 | BABY OIL 4 OZ | $1.21 |
| 0207 | HYPO-ALLERGENIC LOTION 15 OZ | $1.98 |
| 0210 | SKIN CARE LOTION 4 OZ | $0.91 |
| 0215 | COCOA BUTTER LOTION 4 OZ | $0.91 |
| 0221 | PETROLEUM JELLY 3.75 OZ | $1.60 |
| 0240 | GREASELESS SKIN CLEANSER 4.5 OZ | $2.34 |
| 0250 | HYDROCORTISONE CREAM 1 OZ | $2.58 |
| 0251 | TOLNAFTATE ANTI-FUNGAL CREAM .5 OZ | $2.41 |
| 0273 | CHAP-ET LIP CONDITIONER | $1.33 |
| 0355 | ELEMENTZ SHAMPOO W/ ALOE 15 OZ | $2.70 |
| 0356 | VOLUMIZING CONDITIONER 15 OZ | $2.70 |
| 0400 | IRISH SPRING SOAP 3.2 OZ | $1.15 |
| 0402 | ANTI-BACTERIAL SOAP 1.5 OZ | $0.52 |
| 0412 | DIAL ANTI-BACTERIAL SOAP 3.5 OZ | $1.22 |
| 0420 | JERGENS MILD SOAP 4.5 OZ | $1.22 |
| 0424 | NEXT1 MOISTURIZING SOAP 5 OZ | $1.22 |
| 0426 | NEXT1 SPORT BAR SOAP 5 OZ | $1.32 |
| 0490 | SOAP DISH | $0.87 |
| 0500 | MINT MOUTHWASH (NO ALCOHOL) 8 OZ | $1.81 |
| 0520 | COLGATE TOOTHPASTE 2.8 OZ | $2.34 |
| 0530 | COOL WAVE FLUORIDE TOOTHPASTE 4 OZ | $2.51 |
| 0580 | TOOTHBRUSH HOLDER | $0.74 |
| 0583 | GENERIC IBUPROFEN 2-PACK | $0.52 |
| 0590 | DENTURE CLEANSER 40-COUNT | $3.62 |
| 0595 | DENTURE ADHESIVE CREAM 2.5 OZ | $4.53 |
| 0598 | ORAL PAIN RELIEF .33 OZ | $1.93 |
| 0611 | GENERIC ASPIRIN 2-PACK | $0.52 |
| 0614 | GENERIC ACETAMINOPHEN 2-PACK | $0.52 |
| 0642 | TUMS ORIGINAL FLAVOR 1 ROLL | $1.52 |
| 0650 | LAXATIVE PILLS 25-COUNT | $2.43 |
| 0651 | HEMORRHOIDAL OINTMENT 2 OZ | $4.53 |
| 0671 | CHERRY COUGH DROPS 30-COUNT | $1.10 |
| 0680 | DAILY MULTI-VITAMINS 90-COUNT | $3.32 |
| 0713 | PANTY LINERS 22-COUNT | $1.94 |
| 0800 | 5-INCH BLACK COMB | $0.32 |
| 1001 | LARGE STAMPED ENVELOPE | $0.56 |
| 1010 | #10 WHITE ENVELOPE | $0.07 |
| 1015 | MANILA ENVELOPE | $0.24 |
| 1050 | BOOK OF TEN STAMPS | $4.50 |
| 1060 | 8.5 X 11 WHITE LETTER PAD | $1.25 |
| 1076 | BIC SOFT BARREL PEN - BLUE | $0.74 |
| 1077 | PENCIL #2 | $0.30 |
| 1080 | SHORT COLORED PENCILS 24-COUNT | $2.74 |
| 1085 | BEVELED ERASER | $0.36 |
| 1086 | POCKET DICTIONARY | $6.11 |
| 1089 | BLACK INK PEN CLEAR BARREL | $0.43 |
| 1101 | JUVENILE BIRTHDAY CARD | $1.22 |
| 1103 | BIRTHDAY CARD | $1.22 |
| 1120 | THANK YOU CARD | $1.16 |
| 1121 | SEASONAL GREETING CARD | $1.22 |
| 1275 | READING GLASSES +1.25 | $8.12 |
| 1281 | READING GLASSES +1.75 | $8.12 |
| 1282 | READING GLASSES +2.25 | $8.12 |
| 1976 | READING GLASSES 1.50 | $8.12 |
| 1977 | READING GLASSES 2.00 | $8.12 |
| 1978 | READING GLASSES 2.5 | $8.12 |
| 1210 | AA ION3 BATTERIES 4-PACK | $1.20 |
| 1255 | EAR BUDS | $4.85 |
| 7009 | SRF39-FP RADIO W/ EARBUDS | $22.57 |
| 1400 | PLASTIC BOWL W/LID | $1.24 |
| 1415 | PLASTIC CUP W/ LID 22 OZ | $0.66 |
| 2000 | KEEFE COFFEE SINGLE | $0.37 |
| 2006 | TASTERS CHOICE DECAF. SINGLE | $0.34 |
| 2010 | KEEFE COFFEE 4 OZ | $5.38 |
| 2014 | FRENCH VANILLA CAPPUCCINO SINGLE | $0.51 |
| 2015 | FREEZE-DRIED COLOMBIAN COFFEE 3 OZ | $4.73 |
| 2016 | NESCAFE COFFEE 4 OZ | $4.85 |
| 2070 | HOT COCOA SINGLE | $0.35 |
| 2078 | SUGAR PACKETS 10-COUNT | $0.47 |
| 2087 | NON-DAIRY CREAMER 10-COUNT | $0.56 |
| 2091 | SUGARTWIN PACKETS 10-COUNT | $0.39 |
| 2115 | SUGAR-FREE BLACK CHERRY SINGLE | $0.35 |
| 2120 | SUGAR-FREE LEMONADE SINGLE | $0.35 |
| 2200 | ORANGE BREAKFAST DRINK SINGLE | $0.24 |
| 2205 | TEA W/ LEMON SINGLE | $0.24 |
| 2210 | FRUIT PUNCH SINGLE | $0.24 |
| 2215 | CHERRY DRINK SINGLE | $0.24 |
| 2220 | LEMONADE SINGLE | $0.24 |
| 2300 | TANG 6 OZ | $1.35 |
| 2301 | NESTEA W/ LEMON 5.5 OZ | $1.45 |
| 2310 | COUNTRY TIME LEMONADE 6 OZ | $1.45 |
| 2311 | GRAPE KOOL-AID 6 OZ | $1.35 |
| 2330 | TROPICAL PUNCH KOOL-AID 6 OZ | $1.60 |
| 2334 | CHERRY KOOL-AID 6 OZ | $1.35 |
| 2353 | CHERRY COKE 20 OZ | $1.41 |
| 2354 | ORANGE SODA 20 OZ | $1.41 |
| 2355 | SPRITE 20 OZ | $1.41 |
| 2365 | MELLO YELLO 20 OZ | $1.41 |
| 2392 | COKE 20 OZ | $1.41 |
| 2393 | DIET COKE 20 OZ | $1.41 |
| 2395 | BOTTLED WATER 20 OZ | $1.41 |
| 3004 | PEANUT BUTTER CREAM COOKIES 6 OZ | $1.30 |
| 3005 | NABISCO CREAM COOKIES 1.8 OZ | $0.71 |
| 3020 | OREO COOKIES 1.8 OZ | $0.72 |
| 3030 | VANILLA CREAM COOKIES 6 OZ | $0.95 |
| 3031 | ORANGE PINEAPPLE CREAMS 6 OZ | $1.18 |
| 3035 | CHOCOLATE CHIP COOKIES 6 OZ | $1.18 |
| 3040 | ICED OATMEAL COOKIES 6 OZ | $1.18 |
| 3045 | DUPLEX CREAM COOKIES 6 OZ | $1.18 |
| 3110 | RITZ SIMPLY SOCIAL CRACKERS 5.3 OZ | $2.10 |
| 3115 | CHEESE SNACK CRACKERS 1.5 OZ | $0.90 |
| 3124 | RITZ PEANUT BUTTER CRACKERS 6-PACK | $0.81 |
| 3130 | RITZ CHEESE CRACKERS 6-PACK | $0.81 |
| 3139 | SALTINE CRACKER SLEEVE 4 OZ | $0.68 |

Opscan INSIGHT™ EM-224759-30:11